HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ANDREA HERRERA-LUCIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>    vs.<br><br>ANDREA HERRERA-LUCIDO,<br><br>    *Defendant.* | Case No.  1:13-cr-00281 LJO- SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>DATE:   July 18, 2016<br>TIME:   8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Michael Tierney, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant HERRERA-LUCIDO, that the sentencing hearing now set for July 5, 2016 **be continued to July 18, 2016, at 8:30 a.m.**

Defense counsel proposes this stipulation because he will be out of the office from July 5, 2016 to July 11, 2016.

                                                                    Respectfully submitted,

                                                                    BENJAMIN B. WAGNER
                                                                    United States Attorney

Dated:  June 24, 2016                           /s/ *Michael Tierney*
                                                                    MICHAEL TIERNEY
                                                                    Assistant United States Attorney
                                                                    Attorney for Plaintiff

|   |   |
|---|---|
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  June 24, 2016 | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>ANDREA HERRERA-LUCIDO |

**O R D E R**

IT IS SO ORDERED.

Dated:  **June 27, 2016**         /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE