HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ANDREA HERRERA-LUCIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-00281 LJO- SKO |
| *Plaintiff,* | ) | ORDER RELEASING DEFENDANT FOR MEDICAL EXAM ON AUGUST 24, 2016 |
| vs. | ) | |
| ANDREA HERRERA-LUCIDO, | ) | |
| *Defendant.* | ) | |

The Court hereby Orders that defendant Andrea Herrera-Lucido shall be released from the Fresno County Jail on August 24, 2016 for the purpose of attending a medical appointment as follows:

The Fresno County Jail shall release Ms. Lucido on August 24, 2016, at 12:00 p.m. to Mr. Kevin Mitchel of the Federal Defenders Office.  Mr. Mitchel will transport Ms. Lucido to Clinica Sierra Vista, 2505 East Divisadero Street, Fresno.  At the conclusion of her medical appointment, Mr. Mitchel will return Ms. Lucido to the Fresno County Jail.  Ms. Lucido is to be returned to the jail by 5:00 p.m., on August 24, 2016.

///

///

///

1

Respectfully submitted,

2

PHILLIP A. TALBERT
Acting United States Attorney

3

4

Dated:  August 23, 2016

 /s/ *Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

5

6

7

8

HEATHER E. WILLIAMS
Federal Defender

9

10

Dated:  August 23, 2016

/s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
ANDREA HERRERA-LUCIDO

11

12

13

14

15

16

**O R D E R**

17

18

IT IS SO ORDERED.

19

Dated:  **August 23, 2016**            **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Herrera-Lucido: Order to Release Defendant
For Medical Exam