HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ANDREA HERRERA-LUCIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00281 LJO- SKO |
| *Plaintiff,* | ORDER RELEASING DEFENDANT FOR ENTRY INTO SALVATION ARMY PROGRAM ON SEPTEMBER 13, 2016 |
| vs. | |
| ANDREA HERRERA-LUCIDO, | |
| *Defendant.* | |

The Court hereby Orders that defendant Andrea Herrera-Lucido shall be released from the Fresno County Jail on September 13, 2016 for the purpose of entering the Salvation Army Adult Rehabilitation Center as follows:

The Fresno County Jail shall release Ms. Lucido on September 13, 2016, at 7:00 a.m. to Mr. Kevin Mitchel of the Federal Defenders Office.  Mr. Mitchel will transport Ms. Lucido to the Salvation Army Adult Rehabilitation Center, 804 S. Parallel Avenue, Fresno, California to commence their program.  Ms. Lucido will be left with Ms. Katie Broadway, Intake Coordinator for the program.  Ms. Lucido shall remain in the program unless otherwise instructed by her probation officer.

///

///

///

|   |   |
|---|---|
|   | Respectfully submitted,<br>PHILLIP A. TALBERT<br>Acting United States Attorney |
| Dated:  September 9, 2016 | /s/ *Michael Tierney*<br>MICHAEL TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  September 9, 2016 | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>ANDREA HERRERA-LUCIDO |

**O R D E R**

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:  **September 9, 2016**          _____
                                       UNITED STATES DISTRICT JUDGE