HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ANDREA HERRERA-LUCIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-cr-00281 LJO- SKO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | ) |
| ANDREA HERRERA-LUCIDO, | ) DATE: August 21, 2017 |
| | ) TIME: 8:30 a.m. |
| Defendant. | ) JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Michael Tierney, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant HERRERA-LUCIDO, that the sentencing hearing now set for July 31, 2017 **be continued to August 21, 2017, at 8:30 a.m.**

Defense has proposed this stipulation because the dispositional memorandum was received on July 26, 2017 and additional time is needed to review it with Ms. Herrera-Lucido and to file a reply.

//
//
//
//
//

|   |   |
|---|---|
| | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: July 27, 2017 | /s/ *Michael Tierney*<br>MICHAEL TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: July 27, 2017 | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>ANDREA HERRERA-LUCIDO |

**O R D E R**

IT IS SO ORDERED.

Dated:   **July 27, 2017**          /s/ **Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE